UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.S., by his Parents and Natural Guardians GRACE SHEMTOV and AARON SHEMTOV, and GRACE SHEMTOV and AARON SHEMTOV, Individually,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>NYU LANGONE HOSPITALS, et al.,<br><br>                    Defendants. | 24-CV-06257 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a telephonic status conference on **May 13, 2025, at 10:00 AM**. Counsel for the parties are directed to call my conference line at the scheduled time by **dialing (646) 453-4442, Access Code: 985 648 7 #**.

DATED:      May 9, 2025
                  New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge