UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.S., et al,<br><br>                  Plaintiff,<br><br>  -against-<br><br>NYU LANGONE HOSPITALS, et al,<br><br>                  Defendant. | 24-CV-6257 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on September 9, 2025, Defendants shall, by **September 16, 2025 at 5:00 pm**: (1) provide a privilege log to Plaintiff; and (2) send a copy of the privilege log and any documents listed on that log to the Court for in camera review. If any party wishes to file a letter addressing the caselaw on the privilege relating to quality assurance documents and exceptions thereto, they may do so by **September 16, 2025 at 5:00 pm.**

DATED:  September 9, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge