UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.S., et al,<br><br>             Plaintiff,<br><br>    -against-<br><br>NYU LANGONE HOSPITALS, et al,<br><br>             Defendant. | 24-CV-6257 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 21, 2025, the fact discovery deadline in this matter was extended until **October 31, 2025**. (*See* ECF 17.) The deadline for completing expert discovery was extended to **December 15, 2025.** The parties shall file, **by November 5, 2025**, a joint status letter (1) confirming that fact discovery has been completed; (2) indicating whether the parties anticipate any issues with completing expert discovery by December 15, 2025; and (3) indicating whether they would like the Court's assistance at this time with settlement, either through Court-annexed mediation or through a settlement conference. If any party anticipates making a motion for summary judgment, then the joint status letter shall also include a proposed briefing schedule for that motion.

DATED:  November 3, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge