UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.S., et al, <br><br> Plaintiff, <br><br> -against- <br><br> NYU LANGONE HOSPITALS, et al, <br><br> Defendant. | 24-CV-6257 (JHR) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I have reviewed in camera the incident report sought by Plaintiff in discovery as well as the parties' submissions about whether the report or any portion of it is discoverable notwithstanding the protections of the Patient Safety and Quality Improvement Act (the "Act"). I conclude based on (1) the statements in the affidavit of Marcia Murphy about the origins and purposes of the incident report and (2) the provisions of the Act that no portion of the incident report is discoverable.

DATED: November 3, 2025
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge