UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.S., et al,<br><br>                Plaintiff,<br><br>-against-<br><br>NYU LANGONE HOSPITALS, et al,<br><br>                Defendant. | 24-CV-6257 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By **December 10, 2025,** the parties shall file a joint letter with an update on the status but not the substance of their settlement efforts through private mediation. The deadline for completing expert discovery is extended until **January 31, 2026.** Motions for summary judgment and any motions to exclude expert testimony shall be due by **March 15, 2026;** opposition papers shall be due by **April 15, 2026;** and replies shall be due by **May 1, 2026.**

DATED:  November 3, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge